UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARION REED, JENNIFER EDSON
and RANDY REED, Individually and as
Administrator of Estate of Barbara C.
Reed,

      Plaintiffs,

v.                                                          Case No.:  2:19-cv-152-FtM-99MRM

SCHNEIDER ELECTRIC USA, INC.,
DOES 1-10, CHARLES W. DENNY,
IV and SANDRA DENNY,

      Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the parties' Stipulated Notice to the Court of Judgment in Favor of Schneider Electric USA, Inc. (Doc. 121) filed on April 24, 2019, which is in response to this Court's April 26, 2019 Order (Doc. 107).

This case was transferred to this Court from the Northern District of Iowa on March 13, 2019.  Prior to transfer, the Iowa District Court dismissed all claims against Defendant Schneider Electric USA, Inc. with prejudice, directed that judgment be entered, and the case closed as to that Defendant.  (Doc. 74).  However, the Court noted that no judgment was entered prior to transfer and requested that the parties inform the Court whether they

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

had any objections to judgment being entered in favor of Schneider Electric USA, Inc. as directed by the Iowa District Court. (Doc. 107).

The parties' response (Doc. 121) states that although the transferred docket did not reflect the judgment, the Iowa District Court did in fact enter judgment in favor of Schneider Electric prior to transfer, dated March 12, 2019, which is reflected on the Iowa court's docket. The parties attach the Iowa District Court's judgment (Doc. 121-1) and state it is unclear why the transferred docket did not show the judgment. In any event, because the parties agree that the entry of judgment pre-transfer was appropriate, the Court will direct the Clerk to docket the judgment entered by the Iowa District Court, dated March 12, 2019.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to docket the Judgment in favor of Schneider Electric, Inc. against Plaintiffs dated March 12, 2019 (Doc. 121-1), as a new and separate entry on the docket. Thereafter the Clerk is directed to terminate Defendant Schneider Electric USA, Inc. from this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of April, 2019.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record